NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**

*Plaintiff-Appellee,*

v.

**CONAIR CORPORATION, L.C. INDUSTRIES, LLC, MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION, TRAVELPRO INTERNATIONAL INC., AND TRG ACCESSORIES, LLC,**

*Defendants-Appellants,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**

*Defendant-Appellant,*

AND

**EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC., BROOKSTONE COMPANY, INC., AND BROOKSTONE STORES, INC.,**

*Defendant-Appellants,*

AND

**DELSEY LUGGAGE INC.,**

*Defendant-Appellant,*

AND

**EBAGS, INC.,**

*Defendant-Appellant,*

**AND**

## MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,

*Defendant-Appellant,*

**AND**

## TUMI, INC.,

*Defendant-Appellant,*

**AND**

## WORDLOCK, INC.,

*Defendant-Appellant,*

**AND**

## OUTPAC DESIGNS INC., HP MARKETING CORP. LTD., AND TITAN LUGGAGE USA,

*Defendants.*

---

2012-1337

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Senior Judge Eric N. Vitaliano.

---

ON MOTION

---

ORDER

The parties jointly move to stay the briefing schedule in 2012-1337 pending *Travel Sentry, Inc. v. David A. Tropp,* appeal no. 2011-1023, -1367.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is stayed until a mandate issues in appeal no. 2011-1023, -1367.  The parties shall inform the court within 14 days of the final disposition in appeal no. 2011-1023, -1367 and how they believe this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear appeal no. 2011-1023, -1367 to inform the panel of the related appeal.

FOR THE COURT

**JUL 1 3 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Thomas Fitzpatrick, Esq.
Neil P. Sirota, Esq.
William L. Prickett, Esq.
Jeffrey A. Schwab, Esq.
Christopher F. Lonegro, Esq.
Carolyn V. Juarez, Esq.
Brian A. Carpenter, Esq.
Q. Rick Corrie, Esq.
Ronald D. Coleman, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 3 2012

JAN HORBALY
CLERK

s25